RECEIVED
IN LAKE CHARLES, LA

AUG - 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ALVIN STALLING | CIVIL ACTION NO. 04-2536 |
| VS. | SECTION P |
| OTIS KENT ANDREWS, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DISMISSED WITH PREJUDICE as moot.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this ___9___ day of ___Aug___, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE